UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                              Case No. 21-18725-BKC-RAM
                                                                    Chapter 13
      Daniel Casola,

_____Debtor(s)._____/

OBJECTION TO CLAIM ON SHORTENED NOTICE

*IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. This objection also sets an expedited hearing on this objection on the date already scheduled for the confirmation hearing in accordance with Administrative Order 99-4, "Order Shortening the Time for Serving and Noticing Hearing on Certain Objections to Claims in Chapter 13 Cases".*

Pursuant to Bankruptcy Rule 3007, Local Rule 3007-1 and Administrative Order 99-4, the debtor(s) object(s) to the following claim(s) filed in this case:

| Claim Number | Name of Claimant | Amount of Claim | Basis for Objection & Recommended Disposition |
|---|---|---|---|
| #6-1 | Yamaha Motor Finance Corp. | $15,779.13 | Claim should be allowed as a general unsecured claim. The collateral in question was stolen on March 7, 2021. |

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 calendar days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

Dated: December 17, 2021

By:    _____/s/_____
Desiree C. Johnson
Attorney for Debtor
782 N.W. 42nd Avenue, Ste. 345
Miami, FL 33126
Tel: (305) 476-1900
FL Bar No: 123031

SERVICE LIST

Nancy Neidich, Trustee ECF registered

Yamaha Motor Finance Corp.
PO Box 2429
Cypress, CA 90630

Yamaha Motor Finance Corp.
Attn: Kareem Lee, Collection Specialist
PO Box 2429
Cypress, CA 90630

Yamaha Motor Corporation, USA
THE PRENTICE-HALL CORPORATION SYSTEM, INC.
1201 HAYS STREET
SUITE 105
TALLAHASSEE, FL 32301

Yamaha Motor Corporation, USA
1270 Chastain Road
Kennesaw, GA 30144

Yamaha Motor Corporation USA
2500 Shingai, Iwata, Shizuoka, 438-8501, Japan

Yamaha Corporation of America
6600 Orangethorpe Ave.
Buena Park, CA 90620

Yamaha Motor Finance Corp .
Attn: Tashina Harkwick, Recovery Specialist
6555 Katella Ave
Cypress, CA 90630

Yamaha Motor Finance Corp .
Attn: Okawa Tatsumi, President
6555 KATELLA AVENUE
CYPRESS, CA 90630
**VIA CERTIFIED MAIL**

Yamaha Motor Finance Corp .
Attn: YOUNG, JEFFREY, PRESIDENT
6555 KATELLA AVENUE
CYPRESS, CA 90630
**VIA CERTIFIED MAIL**

**SERVICE LIST CONTINUED**

Yamaha Motor Finance Corp .
Attn: MICHAEL CHRZANOWSKI, President
1000 GEORGIA HIGHWAY 34 EAST
NEWNAN, GA 30265-1320
**VIA CERTIFIED MAIL**

Yamaha Motor Finance Corp .
Attn: Takuya Nakata, Outside President and CEO
6555 Katella Ave
Cypress, CA 90630
**VIA CERTIFIED MAIL**

Yamaha Motor Finance Corp .
Attn: Yoshihiro Hidaka, President and CEO
6555 Katella Ave
Cypress, CA 90630
**VIA CERTIFIED MAIL**