

**ORDERED in the Southern District of Florida on January 13, 2022.**

Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                             Case No. 21-18725-BKC-RAM
                                                   Chapter 13
Daniel Casola,

_____Debtor(s)._____/

### ORDER SUSTAINING OBJECTION TO CLAIM #6-1 OF YAMAHA MOTOR FINANCE CORP. [DE#24]

This case came before the Court on January 11, 2022, upon the Debtor's Objection to Claim #6-1 of Yamaha Motor Finance Corp., on the consent portion of the chapter 13 calendar, and no objections were received. It is ordered as follows:

**ORDERED AND ADJUDGED**

1. The objection with respect to the following claim is sustained. Claim is allowed as a general unsecured claim. The collateral in question was stolen on March 7, 2021.

| Claim # | Claimant |
| --- | --- |
| 6-1 | Yamaha Motor Finance Corp |

###

Order Submitted by:

Mary Reyes, Esq
Desiree Calas-Johnson, Esq.
Reyes & Calas- Johnson, P.A.
Attorneys for Debtor
782 N.W. 42nd Ave., #345
Miami, FL 33126
(305) 476-1900
(305) 476-0880
rcjlawecf@gmail.com

(Reyes & Calas- Johnson, P.A., is directed to serve copies of this order on the parties listed and file a certificate of service.)

Copies furnished to:

**SERVICE LIST**

Nancy Neidich, Trustee ECF registered

Yamaha Motor Finance Corp.
PO Box 2429
Cypress, CA 90630

Yamaha Motor Finance Corp.
Attn: Kareem Lee, Collection Specialist
PO Box 2429
Cypress, CA 90630

Yamaha Motor Corporation, USA
THE PRENTICE-HALL CORPORATION SYSTEM, INC.
1201 HAYS STREET
SUITE 105
TALLAHASSEE, FL 32301

Yamaha Motor Corporation, USA
1270 Chastain Road
Kennesaw, GA 30144

Yamaha Motor Corporation USA
2500 Shingai, Iwata, Shizuoka, 438-8501, Japan

Yamaha Corporation of America
6600 Orangethorpe Ave.
Buena Park, CA 90620

Yamaha Motor Finance Corp .
Attn: Tashina Harkwick, Recovery Specialist
6555 Katella Ave
Cypress, CA 90630

**SERVICE LIST CONTINUED**

Yamaha Motor Finance Corp.
Attn: Okawa Tatsumi, President
6555 KATELLA AVENUE
CYPRESS, CA 90630

Yamaha Motor Finance Corp.
Attn: YOUNG, JEFFREY, PRESIDENT
6555 KATELLA AVENUE
CYPRESS, CA 90630

Yamaha Motor Finance Corp.
Attn: MICHAEL CHRZANOWSKI, President
1000 GEORGIA HIGHWAY 34 EAST
NEWNAN, GA 30265-1320

Yamaha Motor Finance Corp.
Attn: Takuya Nakata, Outside President and CEO
6555 Katella Ave
Cypress, CA 90630

Yamaha Motor Finance Corp.
Attn: Yoshihiro Hidaka, President and CEO
6555 Katella Ave
Cypress, CA 90630